UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STE. MICHELLE WINE ESTATES LTD.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONSOLIDATED ENTERPRISES, INC. aka WIRTZ BEVERAGE MINNESOTA aka WIRTZ BEVERAGE MINNESOTA WINE & SPIRITS, INC.,<br><br>　　　　Defendant. | No. CV-12-5151-RHW<br><br>**ORDER DISMISSING CASE** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See* ECF No. 6. Plaintiff asks the Court to dismiss this action with prejudice and without costs or attorneys' fees. Defendants have neither answered Plaintiff's complaint, nor filed a counterclaim or dispositive motion.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

///

///

///

**ORDER DISMISSING CASE \* 1**

1.   1. The above-captioned complaint is **dismissed** with prejudice and without costs or attorneys' fees.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** the file.

    **DATED** this 7th day of February, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER DISMISSING CASE * 2**

q:\rhw\acivil\2012\ste. michelle\order dismiss.docx